UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MORTICIA L. PIERCE

VERSUS

CITY OF PLAQUEMINE, ET AL.

CIVIL ACTION

NO. 08-720-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 26, 2009 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED, without prejudice.

Baton Rouge, Louisiana, this 17th day of February, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE